1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

7

8              UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
                SAN FRANCISCO DIVISION
10

11  J & J SPORTS PRODUCTIONS, INC.,          CASE NO. 3:10-cv-05137-TEH

12          Plaintiff,                        PLAINTIFF'S *EX PARTE*
                                              APPLICATION FOR AN ORDER
13          vs.                               CONTINUING CASE MANAGEMENT
                                              CONFERENCE; AND ORDER
14  AURORA MANALASTAS SELDNER, et            (~~Proposed~~)
    al.,
15

16          Defendant.

17  _____

18

19          Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order continuing the Case

20  Management Conference in this action, presently set for Monday, April 18, 2011at 1:30 P.M. to a new

21  date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact

22  that Plaintiff's counsel has recently perfected service on defendant Aurora Manalastas Seldner  on

23  March 20, 2011.  A true and correct copy of the Proof of Service has been filed with this Honorable

24  Court as docket entry 13.

    ///
25  ///

26  ///

27  ///

28

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 3:10-cv-05137-TEH
PAGE 1

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Monday, April 18, 2011to a new date approximately thirty (30) to forty-five (45) days forward.

Respectfully submitted,

Dated: April 8, 2011                    /s/ Thomas P. Riley
                                        **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                        By: Thomas P. Riley
                                        Attorneys for Plaintiff
                                        J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 3:10-cv-05137-TEH
PAGE 2**

<u>**ORDER** (~~Proposed~~)</u>

It is hereby ordered that the Case Management Conference in civil action number 3:10-cv-05137-TEH styled *J & J Sports Productions, Inc. v. Aurora Manalastas Seldner, et al*., is hereby continued from Monday, April 18, 2011at 1:30 P.M. to a new date of _____June 6, 2011, at 1:30 p.m._____.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

The parties shall file a joint case management conference statement on or before May 27, 2011.

**IT IS SO ORDERED**:

_____                    Dated:_____04/11/2011_____

**THE HO**                                          **HENDERSON**
**United S**
**Northern**

/// 

Judge Thelton E. Henderson

/// 
/// 
/// 
/// 
/// 
/// 
/// 
/// 
/// 
/// 
/// 
/// 
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 8, 2011, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Aurora Manalastas Seldner (Defendant)
580 Illsworht Street, Apt. A
San Francisco, CA 94110

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on April 8, 2011, at South Pasadena, California.

Dated:  April 8, 2011                                    */s/ Maria Baird*
                                                          **MARIA BAIRD**